93-3025

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUN 2 1 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)    :

_____ :

This Document Relates To:        :   CIVIL ACTION NO.  MDL 875
<u>Rock Wool Manufacturing Co., Inc.</u>
Bankrupt Defendant
                                 :

ALL ACTIONS                      :
(See attached schedule
for case list)                   :

**FILED**

JUN 1 4 2001

MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk
By

<u>O R D E R   O F   D I S M I S S A L</u>

DEFENDANT, Rock Wool Manufacturing Co., Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

MICROFILMED

■■■ 2001

BY THE COURT

Date: 6/13/01

_____
Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 06/15/01
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUN 21